IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
2001 AUG 31 A 11: 41
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | |
|---|---|
| MORGAN STANLEY DW INC.<br>f/k/a DEAN WITTER<br>REYNOLDS, INC.<br>t/a MORGAN STANLEY<br><br>   Plaintiff,<br><br>   v.<br><br>ROGER W. MOORE,<br><br>   Defendant. | Civil Action No.: WMN 01cv2420 |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff hereby voluntarily dismisses this matter, pursuant to Fed. R. Civ. P. 41(a)(i).

Respectfully submitted,

_/s/ Harold H. Belkowitz_
David B. Hamilton (Trial Bar No. 04308)
E. John Steren (Trial Bar No. 11379)
Harold G. Belkowitz (Trial Bar No. 013031)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C. 20005-3324
(202) 408-8400
(202) 408-0640 (fax)

Attorneys for Plaintiff

"APPROVED" THIS 31st DAY
OF Aug, 20 01

_/s/ Andre M. Davis_
UNITED STATES DISTRICT JUDGE

Certificate of Service

I certify that a copy of the foregoing was sent by first-class mail, postage pre-paid, this 29th day of August, 2001 to:

David Stein
Luboja & Thau, LLP
10 East 40th Street
New York, N.Y. 10016

_____
Harold G. Belkowitz

99148